No. 83–1086.   TOP TILE BUILDING SUPPLY CORP. ET AL. *v.* NEW YORK STATE TAX COMMISSION ET AL.   Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.

No. 83–1224.   CONSUMER VALUE STORES *v.* BOARD OF PHARMACY OF NEW JERSEY.   Appeal from Super. Ct. N. J., App. Div., dismissed for want of substantial federal question.

No. 83–6186.   ROGERS *v.* NORTH CAROLINA.   Appeal from Sup. Ct. N. C. dismissed for want of substantial federal question.

No. 83–1280.   AIMONE *v.* FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY.   Appeal from App. Ct. Ill., 1st Dist., dismissed for want of jurisdiction, it appearing the judgment below rests upon independent and adequate state grounds.

No. 82–2094.   HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* WEBB.   C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Heckler* v. *Mathews, ante,* p. 728.

No. 82–5812.   SCANLON *v.* ATASCADERO STATE HOSPITAL ET AL.   C. A. 9th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Consolidated Rail Corporation* v. *Darrone, ante,* p. 624.

No. 83–650.   MEYERSON *v.* ARIZONA ET AL.   C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Consolidated Rail Corporation* v. *Darrone, ante,* p. 624.   JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. — — ——.   HOOPA VALLEY TRIBE OF INDIANS *v.* SHORT ET AL.   Motion for leave to file petition for writ of certiorari with an appendix that does not comply with the Rules of this Court granted.